

# U.S. District Court

### California Northern - Oakland

Receipt Date: Oct 18, 2023 10:51AM

Edward Allyn Hudacko
3030 Clinton Ave
Richmond, CA 94804

| Rcpt. No: 411017961 | Trans. Date: Oct 18, 2023 10:51AM | | | Cashier ID: #BR |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DCAN423cv005316 | 1 | 402.00 | 402.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** DCAN423cv005316-KAW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.