UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLYN HUDACKO, <br><br> Plaintiff, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 23-cv-05316-SI <br><br> **ORDER RE: UPDATE ON FEBRUARY 2, 2024 STATE COURT CONTEMPT PROCEEDING** |

Plaintiff filed an order to show cause and affidavit for contempt in the Superior Court of California, County of Contra Costa on September 29, 2023 seeking to hold citees Christine Hudacko, Nathaniel Bigger, and Daniel Harkins in contempt for violating a custody order issued by that court. *See* Dkt. No. 32-3; Dkt. No. 50-2. These citees are defendants in the present action and plaintiff's pleadings in the state court proceeding raise some of the same allegations as his complaint before this Court. The Court thus ORDERS the parties to submit a short statement by **February 7, 2024** updating this Court about the status and outcome of the February 2, 2024 Contra Costa Superior Court contempt proceeding.

**IT IS SO ORDERED**.

Dated: February 5, 2024

SUSAN ILLSTON
United States District Judge