Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Defendants
NATHANIEL BIGGER and
CHRISTINE UNDERHILL, f/k/a CHRISTINE HUDACKO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDWARD ALLYN HUDACKO, | Case No. 3:23-cv-05316-SI |
| Plaintiff, | **SUPPLEMENT TO DEFENDANTS'** |
| v. | **JOINT STATEMENT REGARDING** |
| | **STATUS AND OUTCOME OF FEBRUARY** |
| THE REGENTS OF THE UNIVERSITY | **2, 2024 CONTRA COSTA COUNTY** |
| OF CALIFORNIA, *et al.*, | **SUPERIOR COURT CONTEMPT** |
| | **PROCEEDING** |
| Defendants. | |

Attached hereto are the Minute Orders and hearing transcript for the February 2, 2024, hearing

in the case captioned *Christine Hudacko v. Edward Hudacko* pending in the Superior Court of

California, Contra Costa County as Case No. MSC19-05641.

 oo0oo

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

CONSUMER LAW CENTER, INC.

Dated:  February 13, 2024

By: _____
☐ Fred W. Schwinn (SBN 225575)
☐ Raeon R. Roulston (SBN 255622)
☐ Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Defendants
NATHANIEL BIGGER and
CHRISTINE UNDERHILL

## Superior Court of California, Contra Costa County



Department 16
925-608-1000
www.cc-courts.org

K. Bieker
Court Executive Officer

### MINUTE ORDER

| CHRISTINE HUDACKO VS EDWARD HUDACKO | MSD19-05641 |
|---|---|

**HEARING DATE: 02/02/2024**

PROCEEDINGS:   FAMILY LAW ORDER TO SHOW CAUSE IN RE: RE: INJUNCTIVE ORDER RE GENDER
SURGERY FILED BY EDWARD HUDACKO ON 9.29.23, CITEE CHRISTINE HUDACKO

| DEPARTMENT 16 | CLERK: DANYELLE BIANUCCI |
|---|---|
| JUDICIAL OFFICER: BENJAMIN T REYES, II | COURT REPORTER: KENDRA MORALES, CSR 7259 |
| | BAILIFF: CHRISTOPHER BOUTTE |

JOURNAL ENTRIES:

IN-PERSON HEARING
CITEE/PETITIONER CHRISTINE HUDACKO APPEARS WITH ATTORNEY ERNEST BAELLO
CITEE NATHANIEL BIGGER APPEARS WITH ATTORNEY PAUL NATHAN
CITEE DANIEL HARKINS APPEARS WITH ATTORNEY MICHAEL SMITH
RESPONDENT EDWARD HUDACKO APPEARS WITH ATTORNEY TRACEY HENDERSON

Parties sworn.
Three matters set for calendar on Order to Show Cause Regarding Contempt motions filed by
Edward Hudacko on 9/29/2023.
Off the record administrative housekeeping.
Parties and counsel have met and conferred, reached no agreements at this time.
The Court reviews filing events including Responses and Oppositions by the Parties. Not all
documents have been fully reviewed and continuance is requested.
Attorney Henderson makes an informal inquiry regarding the Court's ability to be fair and impartial.
Attorney Henderson confirms she is not making a formal CCP 170.1 motion at this time.
CCP 170.3(b)(1) is brought up by the Court. The Court believes it can be fair and impartial in this
matter. The Court hears no objections from Parties or Counsel.
The Court confirms the Motion for Reconsideration hearing previously set for 2/13/2024 at
8:30am, Parties may appear via ZOOM.
The Court confirms the Motion to Discharge Order to Show Cause hearing previously set for
3/01/2024 at 1:30 pm.
Today's three matters are continued to the same date and time of 3/01/2024 at 1:30pm. Parties
may appear via ZOOM or in-person for this hearing. Attorney Nathan requests PC 977 to appear on
behalf of client Citee Bigger. Court grants request.
Parties and Counsel shall file any supplemental briefings no later than 10 court days prior to the
hearing and any replies must be filed no later than 5 court days prior to the hearing.
Citees Christine Hudacko, Nathaniel Bigger, and Daniel Harkins are ordered to appear.

DATED: 2/9/2024                          BY:_____

D. BIANUCCI, DEPUTY CLERK

## Superior Court of California, Contra Costa County

Department 16
925-608-1000
www.cc-courts.org



K. Bieker
Court Executive Officer

### MINUTE ORDER

**CHRISTINE HUDACKO VS EDWARD HUDACKO**                           MSD19-05641

**HEARING DATE: 02/02/2024**

PROCEEDINGS:    FAMILY LAW ORDER TO SHOW CAUSE IN RE: RE: INJUNCTIVE ORDER RE GENDER
                SURGERY FILED BY EDWARD HUDACKO ON 9.29.23,  CITEE NATHANIEL BIGGER

DEPARTMENT 16                               CLERK: DANYELLE BIANUCCI
JUDICIAL OFFICER: BENJAMIN T REYES, II      COURT REPORTER: KENDRA MORALES, CSR 7259
                                            BAILIFF: CHRISTOPHER BOUTTE

JOURNAL ENTRIES:

IN-PERSON HEARING
CITEE/PETITIONER CHRISTINE HUDACKO APPEARS WITH ATTORNEY ERNEST BAELLO
CITEE NATHANIEL BIGGER APPEARS WITH ATTORNEY PAUL NATHAN
CITEE DANIEL HARKINS APPEARS WITH ATTORNEY MICHAEL SMITH
RESPONDENT EDWARD HUDACKO APPEARS WITH ATTORNEY TRACEY HENDERSON

Parties sworn.
Three matters set for calendar on Order to Show Cause Regarding Contempt motions filed by
Edward Hudacko on 9/29/2023.
Off the record administrative housekeeping.
Parties and counsel have met and conferred, reached no agreements at this time.
The Court reviews filing events including Responses and Oppositions by the Parties. Not all
documents have been fully reviewed and continuance is requested.
Attorney Henderson makes an informal inquiry regarding the Court's ability to be fair and impartial.
Attorney Henderson confirms she is not making a formal CCP 170.1 motion at this time.
CCP 170.3(b)(1) is brought up by the Court. The Court believes it can be fair and impartial in this
matter. The Court hears no objections from Parties or Counsel.
The Court confirms the Motion for Reconsideration hearing previously set for 2/13/2024 at
8:30am, Parties may appear via ZOOM.
The Court confirms the Motion to Discharge Order to Show Cause hearing previously set for
3/01/2024 at 1:30 pm.
Today's three matters are continued to the same date and time of 3/01/2024 at 1:30pm. Parties
may appear via ZOOM or in-person for this hearing. Attorney Nathan requests PC 977 to appear on
behalf of client Citee Bigger. Court grants request.
Parties and Counsel shall file any supplemental briefings no later than 10 court days prior to the
hearing and any replies must be filed no later than 5 court days prior to the hearing.
Citees Christine Hudacko, Nathaniel Bigger, and Daniel Harkins are ordered to appear.

DATED: 2/9/2024                    BY: _____

                                       D. BIANUCCI, DEPUTY CLERK

**Superior Court of California, Contra Costa County**



Department 16
925-608-1000
www.cc-courts.org

K. Bieker
Court Executive Officer

| MINUTE ORDER | |
|---|---|
| CHRISTINE HUDACKO VS EDWARD HUDACKO | MSD19-05641 |
| | **HEARING DATE: 02/02/2024** |

| PROCEEDINGS: | FAMILY LAW ORDER TO SHOW CAUSE IN RE: RE: INJUNCTIVE ORDER RE GENDER SURGERY FILED BY EDWARD HUDACKO ON 9.23.23, CITEE DANIEL HARKINS |
|---|---|

| DEPARTMENT 16 | CLERK: DANYELLE BIANUCCI |
|---|---|
| JUDICIAL OFFICER: BENJAMIN T REYES, II | COURT REPORTER: KENDRA MORALES, CSR 7259 |
| | BAILIFF: CHRISTOPHER BOUTTE |

JOURNAL ENTRIES:

IN-PERSON HEARING
CITEE/PETITIONER CHRISTINE HUDACKO APPEARS WITH ATTORNEY ERNEST BAELLO
CITEE NATHANIEL BIGGER APPEARS WITH ATTORNEY PAUL NATHAN
CITEE DANIEL HARKINS APPEARS WITH ATTORNEY MICHAEL SMITH
RESPONDENT EDWARD HUDACKO APPEARS WITH ATTORNEY TRACEY HENDERSON

Parties sworn.
Three matters set for calendar on Order to Show Cause Regarding Contempt motions filed by Edward Hudacko on 9/29/2023.
Off the record administrative housekeeping.
Parties and counsel have met and conferred, reached no agreements at this time.
The Court reviews filing events including Responses and Oppositions by the Parties. Not all documents have been fully reviewed and continuance is requested.
Attorney Henderson makes an informal inquiry regarding the Court's ability to be fair and impartial. Attorney Henderson confirms she is not making a formal CCP 170.1 motion at this time.
CCP 170.3(b)(1) is brought up by the Court. The Court believes it can be fair and impartial in this matter. The Court hears no objections from Parties or Counsel.
The Court confirms the Motion for Reconsideration hearing previously set for 2/13/2024 at 8:30am, Parties may appear via ZOOM.
The Court confirms the Motion to Discharge Order to Show Cause hearing previously set for 3/01/2024 at 1:30 pm.
Today's three matters are continued to the same date and time of 3/01/2024 at 1:30pm. Parties may appear via ZOOM or in-person for this hearing. Attorney Nathan requests PC 977 to appear on behalf of client Citee Bigger. Court grants request.
Parties and Counsel shall file any supplemental briefings no later than 10 court days prior to the hearing and any replies must be filed no later than 5 court days prior to the hearing.
Citees Christine Hudacko, Nathaniel Bigger, and Daniel Harkins are ordered to appear.

DATED: 2/9/2024                    BY:_____

                                              D. BIANUCCI, DEPUTY CLERK

1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2             IN AND FOR THE COUNTY OF CONTRA COSTA

3        HONORABLE **ENJAMIN T. REYES, II,** JUDGE, PRESIDING

4                  DEPARTMENT 16

5

6    **CHRISTINE HUDACKO,**         )

7             Petitioners,    )

8          vs.            )  No. **MSD19-05641**

9    **EDWARD HUDACKO,**          )

10        Respondent.      )

11    _____)

12

13          **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

14               **FEBRUARY 2, 2024**

15          COURTHOUSE, MARTINEZ, CALIFORNIA

16

17

18          ORDER TO SHOW CAUSE AND AFFIDAVIT

19

20

21

22

23

24

25

26

27    Reported by:  KENDRA MORALES, CSR 7259

28

A P P E A R A N C E S

For CHRISTIE HUDACKO:
      BY:  NATHAN BIGGER
      Attorney at La


For EDWARD ALLYN HUDACKO:
      BY:  TRACY HENDERSON
      Attorney at Law


For CHISTINE HUDACKO (on a limited scope):
      BY:  ERNEST BAELLO
      Attorney at Law


For ERNEST BAELLO:
      BY:  PAUL NATHAN
      Attorney at Law


For MICHAEL SMITH:
      BY:  DANIEL HARKINS
      Attorney at Law

1    FEBRUARY 2, 2024

2                        P R O C E E D I N G S

3                           ---o0o---

4        THE COURT:  We are on the record in the matter of

5    Petitioner Christine Hudacko and Respondent Edward Hudacko,

6    which is MSD19-05461.

7        The Court is convening today on three matters, and they

8    all relate to an Order to Show Cause and Affidavit for

9    Contempt which was filed by Mr. Hudacko against, number one,

10   Christine Hudacko; and, number two, Ms. Nathaniel Bigger who

11   was counsel of record for Mr. -- for Ms. Hudacko, and number

12   three, against Daniel Harkins who is minor's counsel.

13       We -- the matter was set for an arraignment and hearing

14   today, and I do understand, from reviewing the records, that

15   all parties have prepared either an objection, a demurrer,

16   or some type of motion to discharge the contempt citation

17   that was filed by Mr. Hudacko.

18       I'm going to ask all counsel to state their appearances

19   for the record.

20       Let's start with the moving party first.

21       MS. HENDERSON:  Good afternoon, your Honor.

22       Tracy Henderson appearing for Edward Hudacko,

23   Respondent, on a limited scope basis for the purposes only

24   of this contempt matter.

25       THE COURT:  Okay.  Thank you.

26       And let's go with Ms. Hudacko's counsel and

27   Ms. Hudacko, please.

28       MR. BAELLO:  Good afternoon, your Honor.

1        Ernest Baello, Attorney for Christine Hudacko on a

2   limited scope basis, who is present in court, your Honor.

3        THE COURT:  Thank you.

4        Next, counsel for Mr. Bigger.

5        MR. NATHAN:  Good afternoon, your Honor.

6        Paul Nathan for Nathaniel Bigger who is present and in

7   court.

8        THE COURT:  Okay.  Thank you.

9        And for Mr. Harkins.

10       MR. SMITH:  Good afternoon, your Honor.  Michael Smith

11  for Daniel Harkins, who is also present in court.

12       THE COURT:  Okay.  Thank you.

13       The record will reflect that all parties were sworn in.

14       This afternoon the Court has reviewed the Order to Show

15  Cause and Affidavit for Contempt, all three of them filed by

16  Mr. Hudacko.

17       The Court has started to review, but has not reviewed

18  completely all of the Oppositions, the Demurrers, the

19  Motions to Discharge the Contempt Citation that has been

20  filed by the three parties, and the Court has started to

21  review, but it is not finished reviewing the Oppositions

22  that were filed by Ms. Henderson on January 29th, 2024.

23       Prior to the hearing, off the record, the Court had

24  provided the parties with two options to proceed today.

25       I can either continue this hearing to a future date so

26  the Court, number one, will have an opportunity to review

27  all of the Briefings that were submitted to the Court, and

28  have their arguments elicited after which I would take it

1 under submission, or I can waive the irregularity in

2 service.  I do understand that Ms. Henderson has objected,

3 or at least stated off the record that CCP 1005 was not

4 complied with.

5       And if the parties waive irregularity, I can hear

6 arguments today, take this matter under submission, and

7 either rule on the demurrers or objections or motions to

8 discharge.

9       If I grant in part or -- excuse me.  If I sustain in

10 part or sustain in general, I will let the parties know

11 through written ruling.

12      If I overrule, I will set this matter for an

13 arraignment.

14      The other option is to continue this hearing.  And so

15 the parties have just briefly tried to meet and confer, and

16 I don't believe there is any consensus.

17      Why don't we start with you, Ms. Henderson?

18      MS. HENDERSON:  Thank you, your Honor.

19      I do have an initial matter that I need to raise with

20 the Court.

21      As you know, I have never appeared before your Honor,

22 and I have been hired to do a job, and part of that job is

23 to zealously represent my client.

24      So I need to respectfully ask that this Court consider

25 whether or not it could be fair in this matter.

26      And the basis for that request is that you have used

27 your pronouns at the beginning of the matter, and pursuant

28 to Federal Court case *Mirabelli v. Olson*, which is 2023 U.S.

District Lexus No. 163880, the Federal Court judge has found
that a request to change name and pronouns may be the first
visible sign -- in this case it was a child or adolescent --
so it says that the child or adolescent may be dealing with
gender dysphoria or related coexisting mental health issues.

And, again, with the utmost respect, your Honor,
because this case, the factual basis and the issues in the
case have to do with transitioning -- socially transitioning
gender identity issues, the use of pronouns respectfully
could be construed as an appearance of bias.

So, again, I'm not asking the Court to recuse itself; I
am just asking the Court to consider that before moving
forward.

THE COURT:  Okay.  I do understand your request.  But
you are not officially requesting that I disqualify myself
pursuant to California Code of Civil Procedure 170.1?

MS. HENDERSON:  Not if it is clear, your Honor.  I am
making an informal inquiry as to whether or not you believe,
based on statements that I have just made, that you can be
fair and impartial, because, again, I don't know if
your Honor is socially transitioning.  According to Federal
law, those are the steps of socially transitioning, and
that's the issue in this case, and it would appear that
based on that, there is an appearance of bias, respectfully,
judge.

THE COURT:  No.  I appreciate it.  I don't take any
disrespect by your request that I consider this.  And I do
know the issues in this case.  I have been involved in this

1  case and know of the underlying facts since my first
2  appearance in this matter on January 28th, 2022.
3      I do have to say that I open all of my court
4  appearances, all of my court hearings that way.  I always
5  announce that my pronouns are him, him, and his.  And I
6  always invite anyone else in the courtroom to identify
7  whether or not they wish to be addressed by other pronouns.
8      I do not believe that that is a basis for
9  disqualification because in California the Court should not
10  discriminate against anyone on the bases of sex or gender or
11  any of those categories which are protected under California
12  law.
13      So I wish to declare that I do not believe that my use
14  of pronouns is a basis that allows me to have any personal
15  bias or prejudice considering any party or any controversy
16  in this matter.
17      With that being said, though, I do invite comments from
18  other counsel.
19      Does anybody wish to provide any additional arguments
20  about whether or not this Court should either informally or
21  should recuse itself, or does anyone wish to file a 170.1
22  motion against the Court?
23      THE COURT:  And, also, I will say on the record, too, I
24  do have to mention that California Code of Civil Procedure
25  section 170.3 subsection (b)(1) states a judge who
26  determines himself or herself to be disqualified, after
27  disclosing the bases for his or her disqualification on the
28  record, may ask the parties whether they wish to waive

1    disqualification, except where the basis of the

2    disqualification is provided in paragraph No. 2.

3         I don't believe that paragraph applies, but I just want

4    to make sure that's on the record as well.

5         So Mr. Smith, you wanted to say something?

6         MR. SMITH:  On behalf of Mr. **Harken we have no

7    objections to your Honor remaining and are confident that

8    your Honor can be fair and impartial on these issues.

9         Thank you.

10        THE COURT:  Mr. Nathan or Mr. Baello?

11        MR. NATHAN:  Your Honor, there is no conflict.  That's

12   my position.

13        MR. BAELLO:  Your Honor, we have no objection on behalf

14   of your Honor handling this matter.

15        THE COURT:  Thank you.

16        So the Court believes that it can be fair and impartial

17   in hearing this matter.  Do you wish to file a 170.1

18   challenge?

19        MS. HENDERSON:  Not at this time, your Honor.  And

20   just -- it is Mrs. Henderson.

21        THE COURT:  Okay.  Mrs. Henderson.  I do apologize.

22   Thank you for identifying your pronouns.

23        MS. HENDERSON:  It is not my pronoun.  My name is

24   Mrs. Henderson.

25        Your Honor, it is just a very controversial issue,

26   so...

27        On the issue of continuing the matter, we would like

28   the opportunity to fully brief it.

1       The challenge we face is that, according to the Court

2   clerk, the next available date is August 2nd.  So I have

3   depositions on March 1st, but I'm willing to move those if

4   we could put all of these matters on March 1st with

5   Mr. Bigger's motion to discharge.

6       I think that would be our request.

7       THE COURT:  Okay.  Off the record.

8       (Discussion held off the record.)

9       THE COURT:  We will continue this matter to March 1st.

10  If you wish to file a supplemental briefing, can you do this

11  at least ten court days before?

12      MS. HENDERSON:  Yes, your Honor.  No problem.

13      THE COURT:  If anybody else wishes to file a Briefing,

14  I can have all of your documents here.

15      MR. NATHAN:  And the Reply would be due five court days

16  before?

17      THE COURT:  Yes.  Mrs. Henderson.

18      MS. HENDERSON:  Thank you, your Honor.

19      Since this is not the actual trial on the merits of the

20  contempt, may I appear by Zoom to argue on the motion to

21  discharge?

22      THE COURT:  Is there a stipulation everyone may appear

23  by Zoom?  I don't have everyone here.

24      MS. HENDERSON:  It's not the trial; it is just a

25  motion.

26      THE COURT:  So what I will do, then, is we will go back

27  on the record.  I will allow everyone to appear for the

28  demurrer hearing only by Zoom.  If there is a trial in the

1    matter, I am going to expect everyone to come in person.

2        THE COURT:  The Court -- having heard from the parties

3    that there is a stipulation, the Court will go ahead and

4    calendar and continue all these matters to March 1st, 2023.

5        The Court will request that you file a -- your

6    supplemental briefing, if you wish, Mrs. Henderson, at least

7    ten court days before, and any Reply Briefs shall be due at

8    least five court dates before.  Please make sure that you

9    serve the other parties.

10        And I will see everyone again on March 1st at 1:30 p.m.

11   via Zoom.

12        MS. HENDERSON:  Thank you, your Honor.

13        MR. BAELLO:  Your Honor, may I just clarify?  That's

14   March 1st, 2024?

15        THE COURT:  That's right.  We are not in last year.  So

16   it's March 1st, 2024 via Zoom.

17        MR. NATHAN:  I know you said Mr. Bigger doesn't need to

18   be present.

19        THE COURT:  That's correct.

20        MR. NATHAN:  Can we appear in person if we would like?

21        THE COURT:  You can always appear in person.  My

22   courtroom is open to the public.

23        MR. BAELLO:  Your Honor, one more housekeeping matter,

24   I understand there is a Request For Order, also, in this

25   matter scheduled for February 13th.  I believe it involves

26   the Regents in this matter.

27        MS. HENDERSON:  Yes.  It is the Motion for

28   Reconsideration.  I believe -- I don't know if it was this

1   Court, your Honor -- you denied the OSC as to the Regents

2   because of jurisdictional issues, so we are raising that.

3        I can, for the record, state there is not going to be

4   an Opposition.  They have stated they're not going to

5   participate at all.  I'm not sure if my Office has filed a

6   Notice of Non Opposition yet, but we plan to.

7        Since Mr. Baello has brought it up, may we appear via

8   Zoom for that February 13th hearing.

9        THE COURT:  Okay.  Whose motion is that?

10       MS HENDERSON:  It is Mr. Hudocko's.  It is a Motion For

11  Reconsideration **/-Z OSC citation against the Regents.

12       THE COURT:  We will be on the record, Madam Court

13  Reporter.

14       THE COURT REPORTER:  Yes.  We are.

15       THE COURT:  So there is a Motion For Reconsideration of

16  this Court's Decision to -- to, I guess, dismiss or

17  discharge the Order to Show Cause against the Regents.

18       MS. HENDERSON:  It was just never filed -- yeah.

19       THE COURT:  Okay.

20       MS. HENDERSON:  You said you didn't have jurisdiction.

21  The answer was "no" when it was filed.

22       THE COURT:  Okay.

23       MS. HENDERSON:  So we asked the Court to reconsider

24  that Decision.

25       THE COURT:  Okay.

26       And let's go off the record.

27       (Discussion held off the record.)

28       THE COURT:  Well, we can continue to proceed by then.

1    What I would like to do is have the parties appear by Zoom

2    if you wish to appear.

3         There is no opposition, right?

4         MS. HENDERSON:  Correct, your Honor.  Giving a notice

5    of no Opposition.

6         THE COURT:  Mr. Baello.

7         MR. BAELLO:  Your Honor, I bring it up because I want

8    to make sure that it is okay that my client not to appear,

9    either in person or by Zoom, because she has a work

10   conflict.

11        THE COURT:  That's fine.  Are you going to be appearing

12   on your behalf?

13        MR. BAELLO:  Possibly, your Honor.

14        THE COURT:  Well, it doesn't concern your client, so,

15   you know, you are certainly welcome to appear.

16        MR. BAELLO:  I don't expect to appear.

17        THE COURT:  Okay.  Thank you.

18        We will go back on the record.

19        The Court will go ahead and confirm the hearing on

20   Mr. Hudacko's Request for Motion for Reconsideration on

21   February 13th, 2024, at 8:30 a.m.  For those parties or non

22   parties who wish to appear, you can appear by Zoom.  Okay?

23        Is there anything else that we have to discuss today?

24        THE COURT:  Okay.  Thank you, everyone.

25        I'll see everyone here in a couple of weeks for the

26   February matter on March 1st for the hearing on these cases.

27        MS. HENDERSON:  Thank you, your Honor.

28        MR. BAELLO:  Thank you, your Honor.

1        THE COURT:  We are adjourned.

2                      - - - o 0 o - - -

1  STATE OF CALIFORNIA                    )
                                          )ss.
2  COUNTY OF ALAMEDA                      )

3

4

5                    **CERTIFICATE OF REPORTER**

6

7      I, KENDRA M. MORALES, Certified Shorthand Reporter, do

8  hereby certify that I am an Official Court Reporter of the

9  Superior Court of the State of California, and that, as

10 such, I reported the proceedings had in the above-entitled

11 matter at the time and place set forth herein.

12     I further certify that my stenograph notes were

13 thereafter prepared by computer-assisted transcription into

14 typewriting, and that the foregoing pages constitute a full,

15 true and correct transcription of the said notes in the

16 above-entitled proceedings.

17     Dated at Oakland, California, this

18 10th day of February, 2024.

19

20

21

22

23

24

25     _____
       KENDRA M. MORALES, CSR NO. 7259
26

27

28