UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLYN HUDACKO,<br><br>     Plaintiff,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>     Defendants. | Case No. 23-cv-05316-SI<br><br>**ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS AND MOTIONS TO STRIKE TO MAY 10, 2024** |

The Court hereby continues the motion hearings on defendants' motions to dismiss and motions to strike that were previously continued to March 29, 2024 to **May 10, 2024**. The Court further requests that the parties provide this Court with the Minute Orders and hearing transcripts for any further contempt proceedings in the case captioned *Christine Hudacko v. Edward Hudacko* pending in the Superior Court of California, County of Contra Costa as Case No. MSC19-05641 once they are available.

**IT IS SO ORDERED**.

Dated: March 8, 2024

_____
SUSAN ILLSTON
United States District Judge