HASSARD BONNINGTON LLP
Corinna E. Meissner, Esq. (#178509) cem@hassard.com
Alexandra C. Seibert, Esq. (#283008) acs@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, JANET YI MAN LEE,
M.D., DIANE EHRENSAFT, Ph.D. and
STEPHEN ROSENTHAL, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLYN HUDACKO,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET YI MAN LEE, MD in her official capacity; JANET YI MAN LEE, MD in her individual capacity; DIANE EHRENSAFT, PHD, in her official capacity; DIANE EHRENSAFT, PHD in her individual capacity; STEPHEN ROSENTHAL, MD in his official capacity; STEPHEN ROSENTHAL, MD in his individual capacity; ASAF ORR in his official capacity; ASAF ORR in his individual capacity; NATHANIEL BIGGER as de facto state actor; NATHANIEL BIGGER in his individual capacity; DANIEL HARKINS as de facto state actor; DANIEL HARKINS in his individual capacity; CHRISTINE HUDACKO as de facto state actor; and CHRISTINE HUDACKO in her individual capacity; and DOES 1-100,<br><br>Defendants. | No. 3:23-cv-05316-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 7, 2024**<br><br>Current CMC Hearing: April 19, 2024<br>*Proposed CMC Hearing: June 7, 2024*<br><br>Hon. Judge Susan Illston<br>Courtroom 1—17th Floor<br><br>Complaint Filed: October 18, 2023<br>Trial Date:       not yet set |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on

behalf of their respective clients, submit the following stipulation requesting that this

-1-
**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Court continue the April 19, 2024 Case Management Conference to June 7, 2024, or to a later date *after* the Court rules on the pending motions to dismiss the First Amended Complaint (motions on calendar for May 10, 2024).

**RECITALS**

1.      On October 18, 2023, plaintiff Edward Hudacko filed a complaint against defendants Christine Hudacko, The Regents of The University of California ("The Regents"), Janet Yi Man Lee, M.D., Diane Ehrensaft, Ph.D., Stephen Rosenthal, M.D., Asaf Orr, Esq., Nathaniel Bigger, Esq., and Daniel Harkins, Esq. (ECF 1.)

2.      On October 26, 2023, plaintiff filed a First Amended Complaint against defendants asserting seven (7) causes of action including claims for: (1) 42 U.S.C. § 1983: Deprivation of Civil Right to Family Unity & to Direct a Minor Child's Medical Care Without Due Process and Conspiracy to Same; (2) 14th Amendmen Procedural Due Process Violation; (3) Fraud by Concealment and Civil Conspiracy to Same; (4) Medical Battery and Civil Conspiracy to Same; (5) Intentional Infliction of Emotional Distress & Civil Conspiracy to Same; (6) Negligent Infliction of Emotional Distress; and (7) 28 U.S.C. § 2201: Declaratory Judgment Re: the Civil Rights of Edward Allyn Hudacko.  Plaintiff also seeks punitive damages in connection with his claims.  (ECF 19.)

3.      There are currently four (4) pending motions to dismiss the First Amended Complaint and a motion to strike. (ECF 32-37.) The hearings were previously scheduled for February 16, 2024. The Court, sua sponte, issued an order continuing the hearings to March 29, 2024. (ECF 64.) Recently, the Court issued an order, sua sponte, continuing the hearings again to May 10, 2024. (ECF 69.)

4.      Counsel for defendants Christine Underhill and Nathaniel Bigger is unavailable on April 19, 2024 for the Case Management Conference.

5.      The Parties met and conferred and agree that the Case Management Conference and Initial Disclosure related deadlines should be continued to a date

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

after the Court issues a ruling on the pending motions to dismiss and to a date when all counsel of record are available. The parties jointly propose:

Initial Disclosure Conference: by May 17, 2024

Initial Disclosures: by May 31, 2024

Case Management Conference: June 7, 2024

6.    This is the parties' second request for a continuance of the Case Management Conference. The parties previously requested the Court continue the CMC hearing and Initial Disclosure deadlines to a date after the set hearings for the motions to dismiss. However, given the Court already continued the CMC hearing to a date after the motion to dismiss hearing dates, the Court denied the request. (ECF 52.)

7.    Due to the above stated reasons including scheduling conflicts, the parties believe that good cause exists to continue the Case Management Conference date and the related Initial Disclosure deadlines. The parties agree that a continuance of the Case Management Conference will not adversely impact the progress of this case.

IT IS SO STIPULATED.


Dated:  January 23, 2024          LAW OFFICES OF TRACY L. HENDERSON, ESQ.


By:_____/s/_____
Tracy L. Henderson, Esq.
Attorney for Plaintiff EDWARD HUDACKO


Dated:  January 23, 2024          HASSARD BONNINGTON LLP


By:_____/s/_____
Corinna E. Meissner
Alexandra C. Seibert
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, JANET YI MAN LEE, M.D., DIANE
EHRENSAFT, Ph.D. and STEPHEN ROSENTHAL,

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1    M.D.

2

3    Dated:  January 23, 2024          RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER

4
                                       By:____/s/_____
5                                      Kevin Mintz
                                       Damon M. Thurston
6                                      Attorneys for Defendant ASAF ORR

7

8    Dated:  January 23, 2024          CONSUMER LAW CENTER, INC.

9
                                       By:_____/s/_____
10                                     Fred W. Schwinn
                                       Raeon R. Roulston
11                                     Matthew C. Salmonsen
                                       Attorneys for Defendants
12                                     NATHANIEL BIGGER and CHRISTINE
                                       UNDERHILL FKA CHRISTINE HUDACKO
13

14
     Dated:  January 23, 2024          MANNING KASS
15

16                                     By:_____/s/_____
                                       Michael L. Smith
17                                     Mark R. Wilson
                                       Attorneys for Defendant
18                                     DANIEL HARKINS

19

20

21

22

23

24

25

26

27

28

                                       -4-

1

**[PROPOSED] ORDER**

2
3
4

     GOOD CAUSE APPEARING from the parties' foregoing Stipulation, the Case Management Conference currently scheduled for April 19, 2024, is continued to June 7, 2024 or another date more convenient for the Court : _____.

5

     The Initial Disclosure related deadlines shall also be continued as follows:

6
7

     Initial Disclosure Conference by May 17, 2024, and Initial Disclosures by May 31, 2024.

8

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10
11

Date:  March 14, 2024        _____

12

                 Honorable Judge Susan Illston

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**