HASSARD BONNINGTON LLP
Corinna E. Meissner, Esq. (#178509) cem@hassard.com
Alexandra C. Seibert, Esq. (#283008) acs@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, JANET YI MAN LEE,
M.D., DIANE EHRENSAFT, Ph.D. and
STEPHEN ROSENTHAL, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLYN HUDACKO,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET YI MAN LEE, MD in her official capacity; JANET YI MAN LEE, MD in her individual capacity; DIANE EHRENSAFT, PHD, in her official capacity; DIANE EHRENSAFT, PHD in her individual capacity; STEPHEN ROSENTHAL, MD in his official capacity; STEPHEN ROSENTHAL, MD in his individual capacity; ASAF ORR in his official capacity; ASAF ORR in his individual capacity; NATHANIEL BIGGER as de facto state actor; NATHANIEL BIGGER in his individual capacity; DANIEL HARKINS as de facto state actor; DANIEL HARKINS in his individual capacity; CHRISTINE HUDACKO as de facto state actor; and CHRISTINE HUDACKO in her individual capacity; and DOES 1-100,<br><br>Defendants. | No. 3:23-cv-05316-SI<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**<br><br>Complaint Filed: October 18, 2023<br>Trial Date:       not yet set |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

-1-
**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Edward Allyn Hudacko ("Plaintiff") and defendants The Regents of the University of California, Janet Lee, M.D., Diane Ehrensaft, PhD., Stephen Rosenthal, M.D., Asaf Orr, Nathaniel Bigger, Daniel Harkins, and Christine Hudacko (collectively, "Defendants") (Plaintiffs and Defendants are the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until 45 days after service of notice of this Court's ruling on the pending motions to dismiss and motion to strike that are currently under submission with the Court [ECF 32-37].

1. There are currently four (4) pending motions to dismiss the First Amended Complaint and a motion to strike. (ECF 32-37.) The hearings for these motions took place on May 17, 2024 where the Court indicated its tentative ruling was to abstain. Ultimately, the motions were each taken under submission. To date, the Court has yet to issue any orders regarding the submitted motions to dismiss and motion to strike;

2. Per prior stipulation, the Initial Disclosures are currently due on August 9, 2024;

3. The Parties met and conferred and agree that postponing Initial Disclosures until a date after this Court rules on the submitted motions to dismiss and motion to strike, would allow the Parties to avoid potentially unnecessary litigation costs;

4. This is the third stipulated request to continue the Initial Disclosures deadline. The parties previously requested, and the Court granted, their stipulated request to continue the CMC hearing and Initial Disclosure deadlines to a date after the hearings scheduled for the pending motions to dismiss and motion to strike.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: July 31, 2024        LAW OFFICES OF TRACY L. HENDERSON, ESQ.

By: /s/ Tracy L. Henderson
Tracy L. Henderson, Esq.
Attorney for Plaintiff EDWARD HUDACKO

Dated: July 31, 2024        HASSARD BONNINGTON LLP

By: /s/ Alexandra Seibert
Corinna E. Meissner
Alexandra C. Seibert
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET YI MAN LEE, M.D., DIANE EHRENSAFT, Ph.D. and STEPHEN ROSENTHAL, M.D.

Dated: July 31, 2024        RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER

By: /s/ Kevin Mintz
Kevin Mintz
Damon M. Thurston
Attorneys for Defendant ASAF ORR

Dated: July 31, 2024        CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn
Raeon R. Roulston
Matthew C. Salmonsen
Attorneys for Defendants
NATHANIEL BIGGER and CHRISTINE UNDERHILL FKA CHRISTINE HUDACKO

Dated: July 31, 2024        MANNING KASS

By: /s/ Michael L. Smith
Michael L. Smith
Mark R. Wilson

Attorneys for Defendant
DANIEL HARKINS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____

Honorable Judge Susan Illston