1  HASSARD BONNINGTON LLP
   Corinna E. Meissner, Esq. (#178509) cem@hassard.com
2  Alexandra C. Seibert, Esq. (#283008) acs@hassard.com
   111 Pine Street, Suite 1530
3  San Francisco, California 94111
   Telephone: (415) 288-9800
4  Fax: (415) 288-9801

5  Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY
6  OF CALIFORNIA, JANET YI MAN LEE,
   M.D., DIANE EHRENSAFT, Ph.D. and
7  STEPHEN ROSENTHAL, M.D.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | EDWARD ALLYN HUDACKO,                          | No. 3:23-cv-05316-SI
13 |                Plaintiff,                      | **JOINT STIPULATION AND ORDER**
14 |     vs.                                        | *AS AMENDED BY THE COURT* **TO CONTINUE TIME FOR INITIAL DISCLOSURES**
15 | THE REGENTS OF THE UNIVERSITY
16 | OF CALIFORNIA; JANET YI MAN LEE,               | Complaint Filed: October 18, 2023
   | MD in her official capacity; JANET YI          | Trial Date:     not yet set
17 | MAN LEE, MD in her individual capacity;
   | DIANE EHRENSAFT, PHD, in her official
18 | capacity; DIANE EHRENSAFT, PHD in
   | her individual capacity; STEPHEN
19 | ROSENTHAL, MD in his official capacity;
   | STEPHEN ROSENTHAL, MD in his
20 | individual capacity; ASAF ORR in his
   | official capacity; ASAF ORR in his
21 | individual capacity; NATHANIEL BIGGER
   | as de facto state actor; NATHANIEL
22 | BIGGER in his individual capacity;
   | DANIEL HARKINS as de facto state
23 | actor; DANIEL HARKINS in his individual
   | capacity; CHRISTINE HUDACKO as de
24 | facto state actor; and CHRISTINE
   | HUDACKO in her individual capacity; and
25 | DOES 1-100,

26             Defendants.

27
           **IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS**
28
   **FOLLOWS:**

-1-
**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Edward Allyn Hudacko ("Plaintiff") and defendants The Regents of the University of California, Janet Lee, M.D., Diane Ehrensaft, PhD., Stephen Rosenthal, M.D., Asaf Orr, Nathaniel Bigger, Daniel Harkins, and Christine Hudacko (collectively, "Defendants") (Plaintiffs and Defendants are the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until 45 days after service of notice of this Court's ruling on the pending motions to dismiss and motion to strike that are currently under submission with the Court [ECF 32-37].

1. There are currently four (4) pending motions to dismiss the First Amended Complaint and a motion to strike. (ECF 32-37.) The hearings for these motions took place on May 17, 2024 where the Court indicated its tentative ruling was to abstain. Ultimately, the motions were each taken under submission. To date, the Court has yet to issue any orders regarding the submitted motions to dismiss and motion to strike;

2. Per prior stipulation, the Initial Disclosures are currently due on August 9, 2024;

3. The Parties met and conferred and agree that postponing Initial Disclosures until a date after this Court rules on the submitted motions to dismiss and motion to strike, would allow the Parties to avoid potentially unnecessary litigation costs; **the Parties will exchange Initial Disclosure 10 ten days after the Order is issued.**

4. This is the third stipulated request to continue the Initial Disclosures deadline. The parties previously requested, and the Court granted, their stipulated request to continue the CMC hearing and Initial Disclosure deadlines to a date after the hearings scheduled for the pending motions to dismiss and motion to strike.

///

///

-2-
JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES

**IT IS SO STIPULATED.**

Dated:  July 31, 2024              LAW OFFICES OF TRACY L. HENDERSON, ESQ.


By:  /s/ Tracy L. Henderson
Tracy L. Henderson, Esq.
Attorney for Plaintiff EDWARD HUDACKO


Dated:  July 31, 2024              HASSARD BONNINGTON LLP


By:  /s/ Alexandra Seibert
Corinna E. Meissner
Alexandra C. Seibert
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET YI MAN LEE, M.D., DIANE EHRENSAFT, Ph.D. and STEPHEN ROSENTHAL, M.D.


Dated:  July 31, 2024              RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER


By:  /s/ Kevin Mintz
Kevin Mintz
Damon M. Thurston
Attorneys for Defendant ASAF ORR


Dated:  July 31, 2024              CONSUMER LAW CENTER, INC.


By:  /s/ Fred W. Schwinn
Fred W. Schwinn
Raeon R. Roulston
Matthew C. Salmonsen
Attorneys for Defendants
NATHANIEL BIGGER and CHRISTINE UNDERHILL FKA CHRISTINE HUDACKO


Dated:  July 31, 2024              MANNING KASS


By:  /s/ Michael L. Smith
Michael L. Smith
Mark R. Wilson

**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**

Attorneys for Defendant
DANIEL HARKINS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
Honorable Judge Susan Illston

Date:  August 1, 2024

**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**