|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 21 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EDWARD ALLYN HUDACKO,

        Plaintiff - Appellant,

 v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,

        Defendants - Appellees,

and

CHRISTINE UNDERHILL,

        Defendant.

No. 24-5654

D.C. No. 3:23-cv-05316-SI
Northern District of California, San Francisco

ORDER

Before: S.R. THOMAS, BYBEE, and COLLINS, Circuit Judges.

    The court has received the responses to the September 18, 2024 order. The court lacks jurisdiction over this appeal, because a district court's dismissal order is not appealable under 28 U.S.C. § 1291 "unless it disposes of all claims as to all parties or unless judgment is entered in compliance with Federal Rule of Civil Procedure 54(b)." *See Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); 28 U.S.C. § 1291. Before a party may petition this court for permission to appeal an interlocutory order under 28 U.S.C. § 1292(b), the district

court must "expressly find in writing that all three § 1292(b) requirements are met." *See Couch v. Telescope Inc.*, 611 F.3d 629, 633 (9th Cir. 2010); 28 U.S.C. § 1292(b).

**DISMISSED.**