UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLYN HUDACKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANET YI MAN LEE, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-05316-SI<br><br>**JUDGMENT** |

The Court has granted defendants' motions to dismiss with respect to all causes of action. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 26, 2024

_____
SUSAN ILLSTON
United States District Judge