| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 16 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EDWARD ALLYN HUDACKO,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>   Defendants - Appellees,<br><br>and<br><br>CHRISTINE UNDERHILL,<br><br>   Defendant. | No. 24-5654<br><br>D.C. No. 3:23-cv-05316-SI<br><br>Northern District of California, San Francisco<br><br>MANDATE |

The judgment of this Court, entered November 22, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT